No. 938, October Term, 1940. ORWITZ *v.* BOARD OF DENTAL EXAMINERS OF CALIFORNIA. October 13, 1941. The motion for a writ of certiorari to correct a diminution of the record is granted. Treating the paragraph which

the appellant seeks to include in the record as duly certified, the petition for rehearing is denied. 313 U. S. 546.